UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| *In re:* | ) | Case No. 18-81942 |
| | ) | |
| GENEVA L. SAVAGE, | ) | Judge Thomas M. Lynch |
| | ) | |
| *Debtor*. | ) | Chapter 7 |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on **October 31, 2018**, before the hour of 5:00 p.m., he served a true and correct copy of the **Notice of Chapter 7 Bankruptcy Case**, Debtor's **Amended Schedule E/F**, and this **Certificate of Service** as is set forth below.

The aforesaid documents were served or were previously served upon the attached Electronic Mail Notice list through the ECF system on **October 31, 2018**.

**Via CM/ECF email notice/service:**

    **Patrick S Layng**, Office of the U.S. Trustee, Region 11, 780 Regent St., Suite 304, Madison, WI 53715, USTPRegion11.MD.ECF@usdoj.gov
    **Joseph D Olsen**, Yalden Olsen & Willette, 1318 E State Street, Rockford, IL 61104, jolsenlaw@comcast.net

**Paper copies of all aforesaid documents via first class mail:**

    **Illinois Dept. of Revenue**, **Bankruptcy Unit**, PO Box 19035, Springfield, IL 62794-9035
    **Internal Revenue Service**, **Centralized Insolvency Operation**, P.O. Box 7346, Philadelphia, PA 19101-7346

                                                          By: */s/ John P. Dickson*
                                                                   Attorney

John P. Dickson (6303179)
DICKSON LAW GROUP, LLC
4 East Terra Cotta Avenue
Crystal Lake, Illinois 60014
(815) 317-5193 tel
(815) 317-5194 fax
john@dicksonlawgroup.com